**Order entered December 12, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-22-01023-CR
No. 05-22-01024-CR
No. 05-22-01025-CR
No. 05-22-01026-CR
No. 05-22-01028-CR
No. 05-22-01029-CR
No. 05-22-01030-CR

**MARKEIS WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F21-75685-V, F21-75610-V, F21-75411-V,**
**F21-75409-V, F21-75395-V, F21-45291-V & F21-45290-V**

**ORDER**

Before the Court is the December 7, 2022 request of court reporter Kelly Simmons for a 120-day extension of time to file the reporter's record. Ms. Simmons's request is for only one case and it lists the cause number of that case as 05-22-01023-CR with a corresponding trial court number of F21-75685. The cause

number Ms. Simmons provides is an appeal by Markeis Williams. Ms. Simmons's request, however, identifies the appellant subject to the request as Quincy Gilstrap. The docketing statement in these appeals shows Mr. Gilstrap was a co-defendant. He has an appeal pending under cause no. 05-22-01031-CR.

Because both the appellate cause number and the trial court cause number match the record of Markeis Williams, we conclude the identification of Quincy Gilstrap as the appellant was a clerical error, and Ms. Simmons intended to request an extension on the above-styled cases.

Our records show the reporter's record is due on December 19, 2022. Because we may not grant an extension of time to file the record that exceeds thirty days, we **GRANT IN PART** the request and **ORDER** the reporter's record filed by **January 18, 2023**. *See* TEX. R. APP. P. 35.3(c) (limiting record extensions to thirty days per extension).

/s/    ERIN A. NOWELL
JUSTICE